HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
GERALD GRANT LOWRANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-145 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| vs. | ) STATUS CONFERENCE AND EXCLUDING ) TIME |
| GERALD GRANT LOWRANCE, | ) Date: June 24, 2014 ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN LEE, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for GABRIEL HERNANDEZ, that the status conference hearing date of June 24, 2014 be vacated, and the matter be set for status conference on July 29, 2014 at 9:30 a.m.

This continuance is necessary because defense counsel needs additional time to review the proposed plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 29, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  June 20, 2014                              Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                 Federal Defender

                                               */s/ Matthew M. Scoble*
                                               MATTHEW M. SCOBLE
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               GERALD GRANT LOWRANCE

Dated: June 20, 2014                               BENJAMIN WAGNER
                                               United States Attorney

                                               */s/ Matthew M. Scoble for*
                                               KYLE REARDON
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 20, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status conference currently set for Tuesday, June 24, 2014, be vacated and that a status conference be set for Tuesday, July 29, 2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 20, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of June 20, 2014, through and including July 29, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: June 20, 2014                               /s/ John A. Mendez
                                               JOHN A. MENDEZ
                                               United States District Court Judge