HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
GERALD GRANT LOWRANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-cr-145 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| vs. | |
| GERALD GRANT LOWRANCE, | Date:   August 26, 2014 |
| Defendant. | Time:  9:30 a.m. |
| | Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for GERALD GRANT LOWRANCE, that the status conference hearing date of July 29, 2014 be vacated, and the matter be set for status conference on August 26, 2014 at 9:30 a.m.

This continuance is necessary because defense counsel needs additional time to review the proposed plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 26, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 28, 2014                              Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Matthew M. Scoble*
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          GERALD GRANT LOWRANCE

Dated: July 28, 2014                               BENJAMIN WAGNER
                                          United States Attorney

                                          */s/ Matthew M. Scoble for*
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 28, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status conference currently set for Tuesday, July 29, 2014, be vacated and that a status conference be set for Tuesday, August 26, 2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 28, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of July 28, 2014, through and including August 26, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: July 28, 2014                               /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Court Judge