McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2785
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00145-JAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; ORDER |
| v. | DATE: April 3, 2018 |
| GERALD GRANT LOWRANCE, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Disposition Hearing in this matter was set for April 3, 2018.

2. By this stipulation, the parties now move to continue the Disposition Hearing until April 24, 2018 at 9:15 a.m.

3. Government counsel Miriam Hinman is not available on April 3, 2018, because she is co-counsel for a trial before the Honorable Garland E. Burrell. The trial was originally expected to be complete by April 3, 2018, but it is now clear that it will not be complete.

4. April 24, 2018, is the next best date, given the schedules of both counsel. Probation

1

Officer Becky Fidelman is also available on that date.

    IT IS SO STIPULATED.

Dated: March 31, 2018                              McGREGOR W. SCOTT
                                                            United States Attorney

                                                            /s/ MIRIAM R. HINMAN
                                                            MIRIAM R. HINMAN
                                                            Assistant United States Attorney

Dated: March 31, 2018                              /s/ MICHAEL PETRIK, JR.
                                                            MICHAEL PETRIK, JR.
                                                            Counsel for Defendant
                                                            Gerald Grant Lowrance

**ORDER**

IT IS ORDERED this 2nd day of April, 2018 that the Disposition Hearing previously set for April 3, 2018, at 9:15 a.m. is CONTINUED to April 24, 2018, at 9:15 a.m.

                                                            /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                           UNITED STATES DISTRICT JUDGE